| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ANTHONY A. FRIEDMAN (SBN 201955)<br>aaf@lnbyg.com<br>LEVENE, NEALE, BENDER,<br>        YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br><br>*Attorney for  Plaintiff John P. Pringle, Ch 7 Trustee* | **FILED & ENTERED**<br><br>JUL 24 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gonzalez  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – _LOS ANGELES_ DIVISION**

| In re:<br><br>VANTAGE STEEL INTERNATIONAL, INC.,<br><br>                                                         Debtor(s). | CASE NO.: 2:22-bk-10748-WB<br>CHAPTER:  7<br>ADVERSARY NO.:  2:24-ap-01031 WB |
|---|---|
| JOHN P. PRINGLE, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF VANTAGE STEEL INTERNATIONAL, INC.,<br><br>                                                         Plaintiff(s),<br>vs.<br>CHUN SOO LEE,<br><br>                                                         Defendant. | **FURTHER AMENDED ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☐ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

Based upon the declaration of Anthony A. Friedman filed on July 18, 2025 [Adversary Docket No. 27], this _Adversary proceeding titled John P. Pringle, Chapter 7 Trustee v.Chun Soo Lee, Case No. 2:24-ap-01031-WB_
        (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| Michael B. Lubic | _____ |
| Name | Name |
| 10100 Santa Monica Blvd., 8th Floor | _____ |
| Address | Address |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                                Page 1                                                                **F 702**

Los Angeles, CA 90067
City, state, zip code

 310-552-5030
Telephone

_____
Facsimile

michael.lubic@klgates.com
Email address

_____
City, state, zip code

_____
Telephone

_____
Facsimile

_____
Email address

The attorneys for the parties are:

Attorney for  John P. Pringle, Chapter 7 Trustee  :

Anthony A. Friedman
Name

Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Firm name

2818 La Cienega Avenue
Address

Los Angeles, California  90034
City, state, zip code

310-229-1234
Telephone

310-229-1244
Facsimile

AAF@LNBYG.COM
Email address

Attorney for Chun Soo Lee:

William E. Winfield
Name

NELSON COMIS KETTLE & KINNEY LLP
Firm name

5811 Olivas Park Dr., Suite 202
Address

Ventura, California 93003
City, state, zip code

805-604-4106
Telephone

805-604-4150
Facsimile

wwinfield@calattys.com
Email address

**[Attach additional page(s) if necessary.]**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    ☐ Objection to plan confirmation
    ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☒ Preference
5. ☒ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
    Specify grounds:_____

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                   Page 2                                    F 702

8. ☒ Other. Please specify: *Disallowance of claim 11 USC 502(d)*

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☒ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
    state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 3    F 702

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.   <u>If Order is prepared by the judge:</u>

       (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

       (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

       (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.   <u>Other: [Attach additional page(s) if necessary.]</u>_____

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

                                                              ###

Date: July 24, 2025

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                        Page 4                                    F 702